# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

WEIRTON MEDICAL CENTER, INC.

*Plaintiff(s)*

v.                                                    Civil Action No.    5:15-cv-132

QUORUM HEALTH RESOURCES, LLC ET AL

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award        ☐ Judgment costs        ☒ Other

other:

This action was:

☐ tried by jury        ☐ tried by judge        ☒ decided  by judge

decided by Judge   Frederick P. Stamp, Jr.

This Court finds no basis under 9 U.S.C. § 10 to vacate the arbitration award. Accordingly, Weirton Medical Center, Inc.'s motion to vacate (ECF No. 30) is DENIED. Defendants' motion to confirm arbitration award and for entry of final judgment (ECF No. 87) is GRANTED, and the Court finds defendants are entitled to the amount of administrative costs incurred by the QHR defendants that the Arbitrator has required Weirton to bear, in the amount of Eight Thousand Seven Hundred Three Dollars and Seventy-Five Cents ($8,703.75).  Pursuant to 9 U.S.C. § 9, it is ORDERED that a judgment be entered in favor of the defendants against the plaintiff dismissing WITH PREJUDICE all of the plaintiff's claims asserted in the arbitration against defendants Quorum Health Resources, LLC, Stephen Miller, Michael Rolph, Robert Lovell, Robert Vento, Daniel Hamman, and John Waltko. Plaintiff's motion to expedite ruling on pending motion to vacate arbitration award (ECF No. 81) is DENIED AS MOOT.

Date:    December 12, 2017

*CLERK OF COURT*

Cheryl Dean Riley

/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*